# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULAZIZ ABDURAIMOV,<br><br>    Petitioner,<br><br>    v.<br><br>TONYA ANDREWS,<br><br>    Respondent. | Case No. 1:25-cv-00843-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S MOTION TO SHORTEN TIME |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 14, 2025, the Court ordered Respondent to file a response to the petition within sixty days. (ECF No. 5.) On July 22, 2025, Petitioner filed a motion for administrative relief requesting expedited briefing schedule. (ECF No. 7.)

In accordance with Local Rule 233(b),[1] the Court HEREBY DIRECTS Respondent to file an opposition or statement of non-opposition to the motion on or before July 28, 2025.

IT IS SO ORDERED.

Dated:  **July 23, 2025**             /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] "Any non-moving party may file an opposition or supporting statement relating to a Motion for Administrative Relief within five (5) days after the motion has been filed." L.R. 233(b).