# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULAZIZ ABDURAIMOV,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TONYA ANDREWS,<br><br>　　　　Respondent. | Case No. 1:25-cv-00843-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO SHORTEN TIME<br><br>(ECF No. 7) |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 14, 2025, the Court ordered Respondent to file a response to the petition within sixty days. (ECF No. 5.) On July 22, 2025, Petitioner filed a motion for administrative relief requesting expedited briefing schedule. (ECF No. 7.) On July 28, 2025, Respondent filed a statement of non-opposition to the motion. (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to shorten time (ECF No. 7) is GRANTED;
2. Within **FORTY (40) days** of the date of service of the Court's July 14, 2025 Order to Respond and Order Setting Briefing Schedule (ECF No. 5, the "Briefing Order"), **i.e. by no later than August 22, 2025**, Respondent SHALL FILE a RESPONSE to the Petition, which can be made by filing either an ANSWER (as further described in the Briefing Order) or a MOTION TO DISMISS.

3. If Respondent files an Answer to the Petition, Petitioner MAY FILE a Traverse within **TWENTY-ONE (21) days** of the date of service of Respondent's Answer. If no Traverse is filed, the Petition and Answer are deemed submitted at the expiration of the 21 days.

4. If Respondent files a Motion to Dismiss, Petitioner SHALL FILE an Opposition or Statement of Non-Opposition within **FOURTEEN (14) days** of the date of service of Respondent's Motion. Any Reply to an Opposition to the Motion to Dismiss SHALL be filed within **TEN (10) days** after the Opposition has been filed in CM/ECF. The Motion to Dismiss will be deemed submitted when the time to reply has expired.

IT IS SO ORDERED.

Dated:   **July 29, 2025**                          /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE