# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULAZIZ ABDURAIMOV,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TONYA ANDREWS,<br><br>　　　　Respondent. | Case No. 1:25-cv-00843-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

The Clerk of Court is DIRECTED to enter judgment in accordance with the Court's October 14, 2025 order and to close the case.

IT IS SO ORDERED.

Dated:   **December 22, 2025**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE