## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABDULAZIZ ABDURAIMOV ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:25–CV–00843–EPG** |
| **TONYA ANDREWS ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/22/2025 .**

ENTERED:   **December 22, 2025**     /s/ **Keith Holland**
                                                                  Clerk of Court