# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULAZIZ ABDURAIMOV,<br><br>    Petitioner,<br><br>  v.<br><br>TONYA ANDREWS,<br><br>    Respondent. | Case No. 1:25-cv-00843-EPG-HC<br><br>ORDER EXTENDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES UNDER EAJA<br><br>(ECF No. 24) |

Pursuant to the parties' stipulation, and good cause appearing therefor, it is the ORDER of this Court that:

Petitioner may timely file a motion for attorneys' fees under the Equal Access to Justice Act (EAJA) on or before March 16, 2026.

IT IS SO ORDERED.

Dated:  **January 13, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE