# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULAZIZ ABDURAIMOV, | Case No. 1:25-cv-00843-EPG-HC |
| Petitioner, | ORDER EXTENDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES UNDER EAJA |
| v. | |
| TONYA ANDREWS, | (ECF No. 26) |
| Respondent. | |

Pursuant to the parties' stipulation, and good cause appearing therefor, it is the ORDER of this Court that:

Petitioner may timely file a motion for attorneys' fees under the Equal Access to Justice Act (EAJA) on or before May 15, 2026.

IT IS SO ORDERED.

Dated:   **March 16, 2026**               /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE