LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
　Jordan Wells (SBN 326491)
　jwells@lccrsf.org
131 Steuart Street # 400
San Francisco, CA 94105
Telephone: 415 543 9444

Counsel for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdulaziz Abduraimov,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TONYA ANDREWS, Facility Administrator of Golden State Annex Detention Facility,<br><br>　　　　　Respondent. | Case No. 1:25-cv-00843-EPG<br><br>**STIPULATION AND ORDER**<br><br>Judge: The Honorable Erica P. Grosjean |

The parties to this habeas corpus action, by and through their undersigned counsel, hereby state as follows:

WHEREAS, the Court granted the habeas petition in this case on October 14, 2025;

WHEREAS, the government's time to appeal expired on December 15, 2025;

WHEREAS, Petitioner's motion for attorneys' fees under the Equal Access to Justice Act (EAJA) was originally due January 14, 2025. *See* 28 U.S.C. § 2412(d)(1)(B);

WHEREAS, the Court granted an extension based on the parties' stipulation to extend that date to March 16, 2026;

WHEREAS, the Court later granted another extension based on the parties' stipulation to extend that date to May 15, 2026;

WHEREAS, the parties have engaged in good-faith negotiations regarding attorneys' fees to explore whether a settlement is possible;

WHEREAS, Respondents concluded this week that they will not agree to settle the fees, thus necessitating an opposed motion for Petitioner to recover any fees;

WHEREAS, the parties stipulate to an extension of time of seven (7) days, to May 22, 2026, of the deadline for Petitioner's motion for attorneys' fees and costs under EAJA;

WHEREAS, the parties do not anticipate needing any further extensions of time.

/

/

/

/

/

/

/

/

/

/

/

/

Dated: May 14, 2026

By:           */s/ Jordan Wells*
                  Jordan Wells

                  LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
                  Jordan Wells (SBN 326491)
                  jwells@lccrsf.org
                  131 Steuart Street # 400
                  San Francisco, CA 94105
                  Telephone: 415 543 9444

                  *Counsel for Petitioner*

Dated:  May 14, 2026

By:            */s/Roger Yang (authorized on May 14, 2026)*
                  Roger Yang

                  *Counsel for Respondent*

### ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, it is the ORDER of this Court that:

Petitioner may timely file a motion for attorneys' fees under the Equal Access to Justice Act (EAJA) on or before May 22, 2026.

IT IS SO ORDERED.

Dated:  **May 15, 2026**           /s/ *Erica P. Grosjean*
                                   UNITED STATES MAGISTRATE JUDGE